5071/Comp

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

IN ADMIRALTY

CASE NO: 8:10-cv-00369-JSM-TBM

COMPASS ROSE SHIPPING, LTD.,

    Plaintiff,

and

6588191 CANADA, INC. d/b/a
ANDROS MARINE LOGISTICS,

    Intervening Plaintiff,

vs.

M/V MARIANO LAURO, her engines,
boilers, tackle, etc., <u>in</u> <u>rem</u>; and
PENINSULA SHIPPING & TRADING, <u>*in personam*</u>,

    Defendants.
_____/

## **<u>INTERVENING VERIFIED COMPLAINT</u>**

COMES NOW the Plaintiff, 6588191 CANADA, INC. d/b/a ANDROS MARINE LOGISTICS, by and through its undersigned counsel and for its Intervening Verified Complaint sues the Defendants, M/V MARIANO LAURO, her engines, boilers, tackle, etc., <u>in rem</u>; and PENINSULA SHIPPING & TRADING, <u>*in personam*</u> and as grounds therefore alleges the following:

    1.    This is a claim of Admiralty and Maritime Jurisdiction as hereinafter more fully appears, and is an Admiralty and Maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2. The Plaintiff, 6588191 CANADA, INC. d/b/a ANDROS MARINE LOGISTICS, ("ANDROS MARINE") at all times material hereto, was and is a foreign corporation organized and existing under and by virtue of the Laws of Canada with its principal place of business located in Montreal Canada and was and is in the business of providing supplies and equipment to vessels such as the M/V MARIANO LAURO.

3. The Defendant, M/V MARIANO LAURO, her engines, boilers, tackle, etc., is believed to be seagoing bulk cargo carrier of approximately 317 ft. engaged in the trade of international cargo transportation which is within this District and the jurisdiction of this Court. Specifically, the Intervening Plaintiff has been informed that the subject vessel is currently berthed at: Port of Tampa. The M/V MARIANO LAURO is now within the admiralty and maritime jurisdiction of this Honorable Court.

4. The Defendant, PENINSULA SHIPPING & TRADING, is upon information and belief a foreign corporation with its principal place of business located in Sorrento, Italy and upon information and belief is the owner, operator and/or managing company of the M/V MARIANO LAURO.

5. On or before April 6, 2009, ANDROS MARINE, at the request of master, owner, agent, manager, and/or charterer, furnished supplies and equipment for the M/V MARIANO LAURO. See copies of the Statement and Invoices attached hereto as Exhibit "A".

6. ANDROS MARINE did submit to the Defendants said invoices reflecting the charges.

7. Although demand has been made upon the Defendants for payment of the aforesaid sum, there remains a balance of $12,184.74 (which includes interest up to March 10, 2010) due for the supplies and equipment furnished to the vessel.

8.     By reason of the premises, the Plaintiff, **ANDROS MARINE** has a maritime lien against the M/V MARIANO LAURO for the supplies and equipment furnished to the vessel in the amount of $12,184.74.

9.     **ANDROS MARINE** has been obligated to pay reasonable Attorney's Fees for the prosecution of this action and the Defendants are obligated to pay same according to the contract entered between the parties.  See Exhibit "A".

**WHEREFORE, the Intervening Plaintiff prays:**

A.     That process in due form of law according to the rules and practice of this Court in causes in Maritime and Admiralty Jurisdiction  may issue against Defendant, the  M/V MARIANO LAURO, her engines, boilers,  tackles, etc., <u>in rem.</u>

B.     That Warrant of Arrest issue against the M/V MARIANO LAURO, her engines, boilers, tackles, etc., <u>in rem</u>, and that this Court order and adjudge that the M/V MARIANO LAURO be condemned and sold to pay the amount due the Intervening Plaintiff together with prejudgment interest, costs and for such further relief that justice may require and that the Court may deem just and proper.

C.     That judgment be entered against the Defendants, jointly and severally, in favor of 6588191 CANADA, INC. d/b/a ANDROS MARINE LOGISTICS, in the amount of $12,184.74 plus interest and  reasonable attorney's fee and such other relief as this Court may deem just and proper.

March 17, 2010
Miami, Florida

                                    Respectfully submitted,

                                    */s/Michael C. Black*

**By:** _____
                                **WILLIAM E. CASSIDY, ESQUIRE**
                                **F.B.N. 266477**
                                wcassidy@marlaw.com
                                **MICHAEL C. BLACK, ESQUIRE**
                                **F.B.N 0056162**
                                mblack@marlaw.com
                                **CASSIDY & BLACK, P.A.**
                                **8370 West Flagler Street, Suite 252**
                                **Miami, Florida 33144**
                                **Telephone: 305-559-4962**
                                **Facsimile: 305-559-2163**
                                **Attorneys for Intervening Plaintiff,**
                                **ANDROS MARINE LOGISTICS**

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on March 17, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                    */s/Michael C. Black*
**By:** _____
                                **MICHAEL C. BLACK, ESQUIRE**

**SERVICE LIST**
**CASE NO:  8:10-cv-00369-JSM-TBM**

**Timothy P. Shusta, Esquire**
**F.B.N. 442305**
**shustat@phelps.com**
**PHELPS DUNBAR LLP**
**100 South Ashley Drive, Suite 1900**
**Tampa, Florida 33602-5311**
**Telephone: 813-472-7550**
**Facsimile:  813-472-7570**
*Attorneys for Plaintiff,*
*COMPASS ROSE SHIPPING,, LTD.*